# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Andrew Charles Seamons, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00649-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| NC Department of Public Safety | ) | |
| FNU Guion | ) | |
| W. David Guice | ) | |
| FNU Berghmans | ) | |
| FNU Beaver, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 17, 2017 Order.

January 17, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court